UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLEAN FUELS DEVELOPMENT COALITION, MINNESOTA SOYBEAN GROWERS ASSOCIATION, ICM, INC., MINNESOTA SERVICE STATION & CONVENIENCE STORE ASSOCIATION, and NATIONAL ASSOCIATION OF CONVENIENCE STORES, <br><br> Plaintiffs, <br><br> v. <br><br> KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA); PETER TESTER, in his official capacity as Deputy Commissioner of MPCA; FRANK KOHLASCH, in his official capacity as Assistant Commissioner of MPCA; KIRK KOUDELKA, in his official capacity as Assistant Commissioner of MPCA; DANA VANDERBOSCH, in her official capacity as Assistant Commissioner of MPCA; and TIMOTHY J. WALZ, in his official capacity as Governor of the State of Minnesota, <br><br> Defendants. | Case No. 23-610 <br><br><br> **NOTICE OF APPEARANCE OF THOMAS H. BOYD** |

PLEASE TAKE NOTICE, that Thomas H. Boyd, Esq. of the law firm of WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota 55402, is duly admitted to practice before this Court and hereby enters his appearance in the above-captioned matter on behalf of Plaintiffs Clean Fuels Development Coalition, Minnesota Soybean Growers Association, ICM, Inc., Minnesota Service Station & Convenience Store Association, and National Association of Convenience Stores.

Dated:  March 13, 2023

By:  s/Thomas H. Boyd
Thomas H. Boyd, #0200517
Tammera R. Diehm, #327566
Kyle R. Kroll, #0398433
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
tboyd@winthrop.com
tdiehm@winthrop.com
kkroll@winthrop.com

*Attorneys for Plaintiffs*

25930272v1