UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CLEAN FUELS DEVELOPMENT COALITION, MINNESOTA SOYBEAN GROWERS ASSOCIATION, ICM, INC., MINNESOTA SERVICE STATION & CONVENIENCE STORE ASSOCIATION, and NATIONAL ASSOCIATION OF CONVENIENCE STORES,

   Plaintiffs

v.

KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA); PETER TESTER, in his official capacity as Deputy Commissioner of MPCA; FRANK KOHLASCH, in his official capacity as Assistant Commissioner of MPCA; KIRK KOUDELKA, in his official capacity as Assistant Commissioner of MPCA; DANA VANDERBOSCH, in her official capacity as Assistant Commissioner of MPCA; and TIMOTHY J. WALZ, in his official capacity as Governor of the State of Minnesota,

   Defendants

**NOTICE OF WITHDRAWAL**

Case No:   23-cv-00610-KMM-DTS

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Attorney Joseph Heegaard has left the Minnesota Attorney General's Office and no longer represents Defendants in this case. Defendants will continue to be represented by Peter N. Surdo and Oliver J. Larson, both of whom are attorneys-of-record on the docket for this matter.

Dated:  April 10, 2024

/s/ *Peter N. Surdo*
Peter N. Surdo
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street
Town Square Tower Suite 1400
Saint Paul, Minnesota 55101
Peter.Surdo@ag.state.mn.us
651.757.1061 (o)

*Attorney for Defendants*