| | |
|---|---|
| CLEAN FUELS DEVELOPMENT COALITION, et al.,<br><br><br>Plaintiffs,<br><br>v.<br><br>KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA), et al.,<br><br><br>Defendants. | Case No. 23-cv-00610-KMM-DTS<br><br><br>**NOTICE OF WITHDRAWAL OF ERIC D. MCARTHUR** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, please take notice that Eric D. McArthur hereby withdraws from representing Plaintiff National Association of Convenience Stores in the above-referenced matter. Plaintiff will continue to be represented by Thomas H. Boyd, who is counsel of record on the docket and is an active member in good standing of the bar of this Court.

Dated: January 27, 2025

/s/ *Thomas H. Boyd*
Thomas H. Boyd, #200517
**WINTHROP & WEINSTINE, P.A.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
(612) 604-6400
tboyd@winthrop.com

*Attorneys for Plaintiff Minnesota Service Station & Convenience Store Association*

30664331v1