# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clean Fuels Development Coalition, et al., | No. 23-cv-610 (KMM/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Katrina Kessler, *in her official capacity as Commissioner of the Minnesota Pollution Control Agency (MPCA)*; et al.; | |
| Defendants. | |

The Court entered an Order on August 24, 2023 staying these proceedings pending resolution of two appeals pending before the United States Court of Appeals for the D.C. Circuit. (Dkt. No. 51 (discussing *Texas v. EPA*, No. 22-1031 (D.C. Cir. Feb. 28, 2022); *Ohio v. EPA*, No. 22-1081 (D.C. Cir. May 12, 2022).) On April 17, 2024, the Court again found that these proceedings should remain stayed. (Dkt. No. 56.) On August 22, 2025, after the D.C. Circuit found that *Texas v. EPA* should be held in abeyance, this Court instructed the parties to file letters regarding their respective positions about whether this case should remain stayed or take other steps to move the litigation forward. (Dkt. No. 59.) On September 12, 2025, Plaintiffs filed a letter asking the Court to lift the stay and recommence this litigation. (Dkt. No. 61.) Defendants separately requested that the stay be left in place. (Dkt. No. 60.)

"When deciding whether to impose or extend a stay, courts ordinarily consider (1) whether a stay will simplify the issues in the lawsuit, (2) whether a stay will unduly prejudice the party opposing the stay, and (3) whether discovery is complete and a trial date is set." *Willis Elec. Co. v. Polygroup Ltd. (Macao Comm. Offshore)*, No. 15-CV-3443 (WMW/KMM), 2018 WL

11420009, at *1 (D. Minn. July 16, 2018) (citing *Personal Audio LLC v. Google, Inc.*, 230 F. Supp. 3d 623, 626 (E.D. Tex. 2017)).

Having considered these factors and the parties' positions, the Court enters the following ORDER:

1. Plaintiffs' request to lift the stay is **GRANTED** and the stay in this case is no longer in effect. Defendants' request to continue the stay is **DENIED**.

2. **On or before October 15, 2025**, Plaintiffs shall file an amended complaint along the lines proposed in their letter dated September 12, 2025.

3. **Within twenty-one days** after the Plaintiffs file their amended complaint, Defendants shall file an answer or otherwise respond to the amended pleading.

Date: September 15, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge