UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLEAN FUELS DEVELOPMENT COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA), et al., <br><br> Defendants. | Case No. 23-cv-00610-KMM-DTS <br><br> **NOTICE OF WITHDRAWAL OF JONATHAN BERRY** |

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, please take notice that Jonathan Berry hereby withdraws from representing Plaintiffs Clean Fuels Development Coalition, ICM, Inc., Minnesota Service Station & Convenience Store Association, Minnesota Soybean Growers Association, and National Association of Convenience Stores in the above-referenced matter. Plaintiffs will continue to be represented by Thomas H. Boyd, who is counsel of record on the docket and is an active member in good standing of the bar of this Court, Kyle R. Kroll, and Tammera R. Diehm of Winthrop & Weinstine, PA, and Michael Buschbacher of Boyden Gray PLLC.

Dated: October 16, 2025 /s/ *Jonathan Berry*
Jonathan Berry (*pro hac vice*)
 (DC Bar No. 1016352)
Michael Buschbacher (*pro hac vice*)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com

*Attorneys for Plaintiffs Clean Fuels Development Coalition, ICM, Inc., Minnesota Service Station & Convenience Store Association, Minnesota Soybean Growers Association, and National Association of Convenience Stores*

2