UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Clean Fuels Development Coalition, et al., | |
| Plaintiffs, | Case No. 23-cv-00610-KMM-DTS<br>The Honorable Katherine Menendez |
| v. | |
| Katrina Kessler, et al. | LR 7.1(f) CERTIFICATE OF COMPLIANCE |
| Defendants. | |

I, Catherine Rios-Keating, certify that the memorandum titled Memorandum of Law in Support of Motion to Dismiss complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, we used the following word processing program and version: Microsoft® Word for Microsoft 365 MSO (Version 2509 Build 16.0.19231.20246) 32-bit, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced motion contains 8,690 words.

1

|  |  |
|---|---|
|  | */s/ Catherine Rios-Keating* |
| Dated: November 26, 2025 | CATHERINE RIOS-KEATING<br>Special Assistant Attorney General<br>Atty. Reg. No. 0402940<br><br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota 55101-2131<br>(651) 300-7302<br>catherine.rios-keating@ag.state.mn.us<br><br>ATTORNEY FOR DEFENDANTS |