# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CLEAN FUELS DEVELOPMENT
COALITION, MINNESOTA SOYBEAN
GROWERS ASSOCIATION, ICM, INC.,
MINNESOTA SERVICE STATION &
CONVENIENCE STORE
ASSOCIATION, and NATIONAL
ASSOCIATION OF CONVENIENCE
STORES,

        Plaintiffs,

        v.

KATRINA KESSLER, in her official
capacity as Commissioner of the
MINNESOTA POLLUTION CONTROL
AGENCY (MPCA); PETER
TESTER, in his official capacity as Deputy
Commissioner of MPCA; FRANK
KOHLASCH, in his official capacity as
Assistant Commissioner of MPCA; KIRK
KOUDELKA, in his
official capacity as Assistant
Commissioner of MPCA; DANA
VANDERBOSCH, in her official capacity
as Assistant Commissioner of MPCA; and
TIMOTHY J. WALZ, in his
official capacity as Governor of the State
of Minnesota,

        Defendants.

Case No. 23-cv-00610-KMM-DTS
The Honorable Katherine Menendez

**DECLARATION OF CATHERINE RIOS-KEATING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Catherine Rios-Keating, declare as follows:

1. I am a Special Assistant Attorney General for the State of Minnesota, representing Defendants in this matter.

2. Attached as Exhibit A is a true and correct copy of the Environmental Protection Agency's ("EPA") notice of decision titled "California State Motor Vehicle Pollution Control Standards; Advanced Clean Car Program; Reconsideration of a Previous Withdrawal of a Waiver of Preemption; Notice of Decision" published in the Federal Register on March 14, 2022. Advanced Clean Car Program, 87 Fed. Reg. 14332 (Mar. 14, 2022).

3. Attached as Exhibit B is a true and correct copy of an excerpt of the EPA and the National Highway Traffic Safety Administration's ("NHTSA") final rule titled "2017 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions and Corporate Average Fuel Economy Standards" published in the Federal Register on October 15, 2012. 2017 and Later Model Year Emissions Standards, 77 Fed. Reg. 62624 (Oct. 15, 2012) (codified at 49 C.F.R. pts. 523, 531, 533, 536, 537).

4. Attached as Exhibit C is a true and correct copy of the EPA and the NHTSA final rule withdrawing California's waiver titled "The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule Part One: One National Program" ("SAFE Part I") published in the Federal Register on September 27, 2019. SAFE Part I, 84 Fed. Reg. 51310 (Sept. 27, 2019) (codified at 49 C.F.R. pts. 531, 533).

5. Attached as Exhibit D is a true and correct copy of an excerpt of the EPA

1

and the NHTSA final rule titled "The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Years 2021–2026 Passenger Cars and Light Trucks" ("SAFE Part II") published in the Federal Register on April 30, 2030. SAFE Part II, 85 Fed. Reg. 24174 (Apr. 30, 2020) (codified at 49 C.F.R. pts. 523, 531, 533, 536, 537).

6. Attached as Exhibit E is a true and correct copy of Executive Order 13990 titled "Protecting Public Health and the Environment and Restoring Science To Tackle the Climate Crisis" issued on January 20, 2021. Exec. Order No. 13990, 86 Fed. Reg. 7037 (Jan. 20, 2021).

7. Attached as Exhibit F is a true and correct copy of an excerpt of the EPA's final rule titled "Revised 2023 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions Standards" published in the Federal Register on December 30, 2021. Revised 2023 and Later Model Year Emissions Standards, 86 Fed. Reg. 74434 (Dec. 30, 2021).

8. Attached as Exhibit G is a true and correct copy of the EPA's Office of Transportation and Air Quality's regulatory announcement titled "EPA Decision to Grant California's Request for Waiver of Preemption for its Advanced Clean Car Program" published in December 2012 and available at https://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=P100FGS0.TXT.  Office of Transportation and Air Quality, EPA, Decision to Grant California's Request for Waiver of Preemption for its Advanced Clean Car Program (2012).

9. Attached as Exhibit H is a true and correct copy of the EPA's notice of decision titled "California State Motor Vehicle Pollution Control Standards; Notice of

Decision Granting a Waiver of Clean Air Act Preemption for California's Advanced Clean Car Program and a Within the Scope Confirmation for California's Zero Emission Vehicle Amendments for 2017 and Earlier Model Years" published in the Federal Register on January 9, 2013. Decision to Grant California Waiver, 78 Fed. Reg. 2112 (Jan. 9, 2013).

10.     Attached as Exhibit I is a true and correct copy of EPA's notice of decision titled "Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles" published in the Federal Register on April 18, 2024. 89 Fed. Reg. 27842 (Apr. 18, 2024).

11.     Attached as Exhibit J is a true and correct copy of correspondence between the parties regarding the Motion to Dismiss. Meet and Confer Between Parties (November 20–25, 2025).

12.     Attached as Exhibit K is a true and correct copy of the MPCA's Statement of Need and Reasonableness ("SONAR") for Proposed Revisions to Minnesota Rules, chapter 7023, Adopting Vehicle Greenhouse Gas Emissions Standards ("Clean Cars Minnesota") published on December 21, 2020, and available at http://www.leg.state.mn.us/lrl/sonar/sonar.asp. MPCA SONAR for Proposed Revisions to Minnesota Rules (Dec. 21, 2021).

13.     Attached as Exhibit L is a true and correct copy of MPCA's notice titled "Commissioner's Notice Establishing Effective Date and First Effective Model Year for Permanent Rules Relating to Clean Cars" published in the Minnesota State Register on December 27, 2021. Notice Establishing Effective Date and Model Year, 46 Minn. Reg. 741,

3

755 (Dec. 27, 2021).

14. Attached as Exhibit M is a true and correct copy of an E&E News article titled "EPA falls behind schedule for repealing endangerment finding" published in Climatewire on November 20, 2025 and written by Jean Chemnick. *EPA falls behind schedule for repealing endangerment finding*, E&E News (Nov. 20, 2025).

15. Attached as Exhibit N is a true and correct copy of EPA's notice of proposed rule titled "Reconsideration of 2009 Endangerment Finding and Greenhouse Gas Vehicle Standards" published in the Federal Register on August 1, 2025. 90 Fed. Reg. 36288 (Aug. 1, 2025).

16. Attached as Exhibit O is a true and correct copy of the Minnesota Department of Transportation's publication titled "Pathways to Decarbonizing Transportation in Minnesota" published in August 2019 and available at https://minnesotago.org/related-content/tag/multimodal%20plan. Minn. Dept. of Transp.*,* Pathways to Decarbonizing Transportation in Minnesota (2019).

17. Attached as Exhibit P is a true and correct copy of Appendix 1: Technical Support Document supplementing the MPCA's SONAR In the Matter of Proposed Revisions of Minnesota Rule Chapters 7023, Clean Cars Minnesota; Revisor ID No. 04626, published December 21, 2020.

18. Attached as Exhibit Q is a true and correct copy of the California Air Resources Board's Final Regulation Order on Amendments to Section 1962.2, Title 13, California Code of Regulations, available at

https://ww2.arb.ca.gov/rulemaking/2022/advanced-clean-cars-ii. The amendments were incorporated into the California Code of Regulations. Cal. Code Regs. tit. 13, § 1962.2.

I declare under penalty of perjury that the foregoing is true and correct in accordance with the laws of the United States including 28 U.S.C. § 1746.

*/s/ Catherine Rios-Keating*

Signed this Day: November 26, 2025

CATHERINE RIOS-KEATING
Special Assistant Attorney General
Atty. Reg. No. 0402940

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 300-7302
catherine.rios-keating@ag.state.mn.us

ATTORNEY FOR DEFENDANTS

5